```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

UNITED STATES OF AMERICA       :
                               :
          Plaintiff,           :     CIVIL ACTION
     v.                        :
                               :     No. 1:10-CV-135-AT
$144,268.28 SEIZED FROM        :
WACHOVIA BANK ACCOUNT NUMBER   :
X-0310; et. al.,               :
                               :
          Defendants.          :
```

**ORDER**

IT IS HEREBY ORDERED that for good cause shown, the Plaintiff's Motion Requesting Referral to a Magistrate Judge for a Settlement Conference is hereby GRANTED. This matter is hereby referred to a federal magistrate judge for the limited purpose of conducting a settlement conference.

IT IS HEREBY FURTHER ORDERED that Plaintiff has leave to file motions to compel discovery until 30 days after the requested settlement conference is conducted.

IT IS HEREBY FURTHER ORDERED that Plaintiff has leave to file motions for summary judgment until 60 days after the requested settlement conference is conducted.

IT IS SO ORDERED.

This \_\_\_\_ day of _____, 2011.

_____
THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Prepared By:
*/s/ Mary Kruger*
MARY KRUGER
ASSISTANT U.S. ATTORNEY